## A99A0646. WEAVER v. NORTH GEORGIA REGIONAL EDUCATIONAL SERVICE AGENCY.
(534 SE2d 463)

JOHNSON, Chief Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *North Ga. Regional Ed. Svc. Agency v. Weaver*, 272 Ga. 289 (527 SE2d 864) (2000), our decision in *Weaver v. North Ga. Regional Ed. Svc. Agency*, 238 Ga. App. 72 (517 SE2d 794) (1999), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Andrews, P. J., and Ruffin, J., concur.*

DECIDED MAY 1, 2000.

*E. Wycliffe Orr,* for appellant.
*Harben & Hartley, Phillip L. Hartley,* for appellee.